IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-21856-UU

**ENRIQUE GONZALEZ**
and other similarly situated individuals,

    *Plaintiff,*

v.

**RICHARD & RICE CONSTRUCTION COMPANY, INC.,** a Florida Profit Corporation, **MURRAY C. RICE** and **GAETAN F. RICHARD,** individually,

    *Defendants.*
_____/

**ORDER APPROVING SETTLEMENT AND ENTRY OF
DISMISSAL WITH PREJUDICE**

Having reviewed the Parties' Settlement Agreement, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** at Miami, Florida, this __15__ day of __Mar.__, 2016.

                                                   URSULA UNGARO
                                                 UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record